IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICTORIA SANTIAGO-GARCÍA ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORP. ET AL., <br><br> Defendants. | CIV. NO. 19-1082 (SCC) |

**FINAL JUDGMENT**

Judgment is entered in favor of plaintiffs Victoria Santiago and Reynaldo Rivera and defendants in the following percentages, as determined by the Jury and set forth in the Jury Verdict Form, Docket No. 1111:

| | |
|---|---|
| Costco Wholesale Corp. | 15% |
| Victoria Santiago | 85% |

The Total value of damages, by the percentage of fault for the plaintiff Victoria Santiago:

| | |
|---|---|
| Victoria Santiago | $15,000.00 |
| Reynaldo Rivera | $ 1,000.00 |

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 25th day of March, 2022.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE